UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br>Plaintiff,<br>- vs -<br>TWELVE 74 LLC, et al.,<br>Defendants. | CASE NO.: 3:26-cv-04039-D |

**PLAINTIFF, JOE HAND PROMOTIONS, INC.'S**
**MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

COMES NOW, Plaintiff, Joe Hand Promotions, Inc., by its attorney, Jamie King, and files this Motion for Leave to Proceed without Local Counsel and shows as follows:

1. On November 18, 2026, Plaintiff filed suit against Defendants alleging claims under the Federal Communications Act, 47 U.S.C. § 605, *et seq.* or, alternatively, 47 U.S.C. § 553, *et seq.* *See* Doc. #1.

2. Counsel of record for Plaintiff, Jamie King does not reside or maintain a principal office in this district. Pursuant to Local Rule 83.10 of the Northern District of Texas, designation of local counsel, as defined therein, would be required absent leave. Given the experience of Ms. King in the practice of law in the Northern District of Texas, Plaintiff hereby seeks leave to proceed without local counsel.

3. Jamie King, Attorney-in-Charge for Plaintiff, Joe Hand Promotions, Inc. has been admitted to practice law in the State of Texas since May 2004 and is also licensed/admitted to practice in the courts in the Southern, Eastern, Northern, and Western Districts of Texas and the United States Court of Appeals for the 5th Circuit and the 6th Circuit. Ms. King was first admitted to

practice in the Northern District of Texas in April 2005. In that time, Ms. King has been an attorney of record in more than 50 cases in the Northern District of Texas. Ms. King has been constantly licensed to practice in the State of Texas since licensed to do so and is in good standing with the State Bar of Texas. Ms. King received a doctor of jurisprudence (magna cum laude) from South Texas College of Law in December 2003.

4. Ms. King has familiarized herself with the Local Rules of the Northern District of Texas.

5. Ms. King's principal office is located in Houston, Texas. Given that Houston is driving distance and given the frequency of flights from Houston, Ms. King can appear before the Court upon reasonable notice, provided there are no scheduling conflicts. In addition, Ms. King can appear before the Court via Zoom or telephonically, provided there are no scheduling conflicts.

6. In cases such as this one, courts have often granted leave to proceed without the need for local counsel, including in this court in *Joe Hand Promotions, Inc. v. Club Dada LLC, et al.,* No. 3:26-cv-01834-D, Electronic Order, Doc. #4 (N.D. Tex. June 4, 2026) (Fitzwater, J.). *See also* other cases granting leave to Plaintiff, Joe Hand Promotions, Inc. to proceed without local counsel as follows:

- *Joe Hand Promotions, Inc. v. 7 Stars Liquor LLC, et al.*, No. 4:21-cv-00021-O, Order, Doc. #6 (N.D. Tex. January 8, 2021) (O'Connor, J.).

- *Joe Hand Promotions, Inc. v. Corner West 5, LLC, et al.*, No. 4:22-cv-00516-O, Order, Doc. #6 (N.D. Tex. June 13, 2022) (O'Connor, J.).

- *Joe Hand Promotions, Inc. v. Dive on 75 Private Club Inc., et al.*, No. 3:21-cv-01110-G, Electronic Order, Doc. #6 (N.D. Tex. May 18, 2021) (Fish, Senior J.).

- *Joe Hand Promotions, Inc. v. French Quarter Daiquiris, LLC, et al.*, No. 3:26-cv-00215-D, Order, Doc. #6 (N.D. Tex. January 29, 2026) (Fitzwater, J.).

- *Joe Hand Promotions, Inc. v. Garcia*, No. 4:21-cv-00654-O, Order, Doc. #6 (N.D. Tex. May 17, 2021) (O'Connor, J.).

- *Joe Hand Promotions, Inc. v. Kalaja Incorporated, et al.*, No. 4:21-cv-00656-Y, Order, Doc. #7 (N.D. Tex. May 26, 2021) (Means, Senior J.).

- *Joe Hand Promotions, Inc. v. Pink Lounge Private Club Inc., et al.*, No. 3:22-cv-01016-G, Electronic Order, Doc. #6 (N.D. Tex. May 8, 2022) (Senior Fish, J.).

7. Granting leave to Plaintiff, Joe Hand Promotions, Inc. to proceed without the requirement to retain additional local counsel will avoid duplication of effort and spare additional legal expense.

WHEREFORE, Plaintiff prays that this Court enter leave to allow Plaintiff to proceed in this case without local counsel and grant such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

JAMIE KING, P.C.

*/s/ Jamie King*

Jamie King
Attorney-in-Charge
Texas State Bar No. 24043755
P.O. Box 5757
Kingwood, Texas 77325
Telephone: (832) 584-0106
Facsimile: (888) 247-0443
Email: jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of November, 2026, a true and correct copy of the foregoing was served as follows:

*Via this U.S. Mail, Postage Prepaid and Certified Mail, Return Receipt Requested upon:*

Twelve 74 LLC
c/o Sean C. Cooper
2225 Catherine Ln.
McKinney, Texas 75071

Sean C. Cooper
2225 Catherine Ln.
McKinney, Texas 75071

*/s/ Jamie King*
Jamie King

11/18/2026
Date